

# NUMBER 13-19-00601- CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**FRANCISCO EZEQUIEL LOPEZ,**                                    **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                    **Appellee.**

---

### On appeal from the 206th District Court
### of Hidalgo County, Texas.

---

# ORDER

**Before Chief Justice Contreras and Justices Longoria and Tijerina
Order Per Curiam**

This cause is before the Court on appellant's fifth and sixth motion for extension of time to file the brief. Appellant's brief was originally due to be filed on August 17, 2020. On January 28, 2021, we abated this matter to address access to sealed portions of the record and subsequently ordered the brief due on April 14, 2021. On March 22, 2021, the

clerk of the court notified appellant that no further extensions will be granted absent new and/or exigent circumstances.

The Court, having fully examined and considered appellant's seventh and eighth motions for extension of time to file the brief and the extensions previously granted in this cause, is of the opinion that, in the interest of justice, appellant's motions for extension of time to file the brief should be granted with order. The Court looks with disfavor upon the delay caused by counsel's failure to have filed a brief in this matter and further motions for extension of time will not be granted absent new and/or exigent circumstances.

Accordingly, appellant's fifth and sixth motions for extension of time to file the brief are each hereby GRANTED. **IT IS THEREFORE ORDERED that the Honorable Victoria Guerra, counsel for appellant, file the appellate brief with this Court on or before 5:00 p.m. on May 19, 2021   If the Honorable Victoria Guerra fails to file the appellate brief with this Court on or before 5:00 p.m. on May 19, 2021, then the Honorable Victoria Guerra is ORDERED to appear in person on May 20, 2021 at 10:00 a.m. in the Courtroom of the Thirteenth Court of Appeals, located at the Hidalgo County Court Annex III at 100 E. Cano, 5th floor, Edinburg, Texas, to show cause why she should not be held in contempt of court.**

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
12th day of May, 2021.